IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDWARD J. SMITH, and DORA L. PROSOLOW,

Plaintiffs,

vs.

BARBARA J. HUMPHREY, An individual; JAMES E. REISINGER, In his Individual, Professional, and Official Capacities as Court-Appointed Referee; REISINGER BOOTH AND ASSOCIATES P.C., LLO, PETER COFFEY, In his individual and Official Capacities as Douglas County Sheriff Deputy; AARON HANSON, In his individual and Official Capacities as Douglas County Sheriff; BIG RED LOCKSMITH, A Nebraska corporation; JOHN DOE, Individual Capacity as an employee of Big Red Locksmith; JOHN C. CHATELAIN, In his individual and Professional Capacities; CHATELAIN AND MAYNARD, JOHN VINCENTINI, In his Individual and Professional Capacities; RENTAL VENTURES LLC, MATTHEW P. SAATHOFF, In his individual and Professional Capacities; and THE SAATHOFF LAW GROUP, PC, LLO,

Defendants.

**8:26CV643**

**ORDER**

Plaintiffs Edward Smith and Dora Prosolow, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. Filing Nos. 2 and 3. Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in thier case will be for the Court to conduct an initial review of theirclaims to

determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 23rd day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge